UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.  2:20-cv-9929-MAR                                              Date: August 27, 2021

Title:  *Louis Lee v. Andrew Saul*

Present: The Honorable:  MARGO A. ROCCONI, UNITED STATES MAGISTRATE JUDGE

| Erica Bustos | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Petitioner: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings:  (In Chambers) ORDER RE: APPEARANCE OF COUNSEL**

On October 28, 2020, Louis Lee ("Plaintiff"), by and through counsel, filed a complaint pursuant to 42 U.S.C. § 405 seeking review of a decision by the Commissioner of Social Security to deny benefits.  ECF Docket No. ("Dkt.") 1.  On May 20, 2021, Plaintiff's counsel filed a Motion to Withdraw as Attorney.  Dkt. 24.  The Court granted the Motion on June 25, 2021.  Dkt. 26.

On July 26, 2021, Louis Lee II, Plaintiff's father,[1] filed a letter on Plaintiff's behalf stating that Plaintiff has new representation.  Dkt. 28.  The Court rejected the filing, citing Local Rule 83-2.5, "No letters to the judge," and Local Rule 83-2.3.3, which governs the withdrawal of counsel for individuals.  Id.  Local Rule 83-2.3.3 reads "[w]hen an attorney of record for any reason ceases to act for a party, such party must appear pro se or appoint another attorney by a written substitution of attorney signed by the party and the attorneys."  L.R. 83-2.3.3.  To date, Plaintiff has not appeared pro se or submitted written substitution of attorney signed by both him and the new attorney(s).

Accordingly, Plaintiff is ordered to show cause in writing **within twenty-one (21) days** of this Order why this action should not be dismissed for failure to prosecute.  See Fed. R. Civ. P. 41(b).  Either of the following two (2) options are an appropriate response to this Order:

(1) Plaintiff shall file a notice that he intends to appear pro se; or
(2) Plaintiff shall file a written substitution of attorney signed by both him and the new attorney(s).

**The Court cannot proceed without the new attorney's information.  Accordingly, failure to respond to the Court's Order may result in the dismissal of the action.**

**IT IS SO ORDERED.**

|  | **Initials of Preparer** | : |
|---|---|---|
|  |  | eb |

---

[1] Plaintiff should note that, pursuant to Local Rule 83-2.2.1, Plaintiff may not delegate representation to any other person, even his father.  L.R. L.R. 83-2.2.1.  Accordingly, Plaintiff must file and sign either notice himself.