UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.  2:20-cv-9929 (MAR)                                               Date: October 25, 2021

Title:  *Louis Lee v. Andrew Saul*

Present: The Honorable:  MARGO A. ROCCONI, UNITED STATES MAGISTRATE JUDGE

| Erica Bustos | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Petitioner: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings:  (In Chambers) ORDER TO SHOW CAUSE RE:  DISMISSAL FOR LACK OF PROSECUTION**

      On August 27, 2021, this Court issued an Order instructing Plaintiff to file a notice that he intends to appear pro se or file a written submission of attorney.  Dkt. 29.  On September 17, 2021, Plaintiff's father filed a letter on Plaintiff's behalf indicating Plaintiff would like to proceed pro se, but may be incapable of corresponding with the Court on his own.  Dkt. 30.

      On September 22, 2021, the Court issued an Order Re: Pro Se Appearance instructing either:
(1) Plaintiff's father or another qualified representative to file a Petition for the Appointment of a Guardian Ad Litem as described by Local Rule 17-1.1; or
(2) Plaintiff to file a signed notice that he intends to appear pro se.
Dkt. 31.  The Order warned that failure to respond "**may result in the dismissal of the action**." Id.

      To date, neither Plaintiff nor his representative has responded to the September 22, 2021 Order.  Accordingly, Plaintiff must respond with one (1) of the three (3) options listed in the OSC **within fourteen (14) days of this Order, by November 8, 2021**, or this action **will** be dismissed for failure to prosecute.

**IT IS SO ORDERED.**

Initials of Preparer : eb