UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUIS LEE, | Case No. 2:20-cv-9929-MAR |
| Plaintiff, | |
| v. | JUDGMENT |
| KILOLO KIJAKAZI, | |
| Acting Commissioner of Social Security, | |
| Defendant(s). | |

Pursuant to the Order re: Voluntary Dismissal, **IT IS HEREBY ADJUDGED** that this action is **DISMISSED** without prejudice.

Dated: June 28, 2022

HONORABLE MARGO A. ROCCONI
United States District Judge